IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DELORIS PHILLIPS, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:21-CV-1628-C-BK |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Defendant's Motion for Leave to File Notice of Removal should be denied.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Defendant's Motion for Leave to File Notice of Removal is hereby **DENIED**.

SO ORDERED.

Dated August 11, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Although Defendant has filed certain exhibits since the entry of the Magistrate Judge's Findings, Conclusions, and Recommendation, Defendant has failed to formally file objections and the time to do so has now expired.