IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

STATE OF TEXAS,                          )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )
                                         )
DELORIS PHILLIPS,                        )
                                         )
            Defendant.                   )    Civil Action No. 3:21-CV-1628-C-BK

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge therein advising that Defendant's Motion for Leave to File Notice of

Removal should be denied.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error

and finds none.  It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation

are hereby **ADOPTED** as the findings and conclusions of the Court.  For the reasons stated

therein, Defendant's Motion for Leave to File Notice of Removal is hereby **DENIED**.

SO ORDERED.

Dated August $\underline{30}$ , 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendant's deadline in which to file objections to the United States Magistrate Judge's
Findings, Conclusions, and Recommendation was previously extended to August 25, 2021.  As of today's
date, however, Defendant has failed to file objections and the time to do so has now expired.  Moreover,
the Court notes that "Phillips has been deemed a pernicious, abusive, and vexatious litigant by the United
States Court of Appeals for the Fifth Circuit and by this Court."  *Phillips v. Federal Bureau of
Investigation*, 3:13-CV-1571-B, Doc. No. 10 (N.D. Tex. May 20, 2013) (citing *Phillips v. United Parcel
Serv.*, No. 11-10766, Order at 1-2 (5th Cir. May 16, 2012)).